No. 10–8924. IN RE HONKEN; and

No. 10–9916. IN RE WATKINS. Petitions for writs of mandamus denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 10–1104. MINNECI ET AL. *v.* POLLARD ET AL. C. A. 9th Cir. Certiorari granted. ▆▆▆▆▆▆▆▆▆▆▆▆▆

No. 10–742. BNSF RAILWAY CO. *v.* SURFACE TRANSPORTATION BOARD ET AL. C. A. D. C. Cir. Certiorari denied. ▆▆

No. 10–809. MURDOCH *v.* CASTRO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆▆▆

No. 10–810. UNITED STATES ET AL. EX REL. O'CONNELL ET AL. *v.* CHAPMAN UNIVERSITY. C. A. 9th Cir. Certiorari denied.

No. 10–864. BILL HARBERT INTERNATIONAL CONSTRUCTION, INC., ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. ▆▆▆▆▆▆▆▆▆

No. 10–898. PRINCO CORP. ET AL. *v.* INTERNATIONAL TRADE COMMISSION ET AL. C. A. Fed. Cir. Certiorari denied. ▆▆

No. 10–972. ELI LILLY & CO. *v.* SUN PHARMACEUTICAL INDUSTRIES, LTD. C. A. Fed. Cir. Certiorari denied. ▆▆▆▆▆▆

No. 10–992. GUARDADO-GARCIA *v.* HOLDER, ATTORNEY GENERAL. C. A. 8th Cir. Certiorari denied. ▆▆▆▆▆▆▆

No. 10–1017. GEORGE ET AL. *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied. ▆▆▆▆▆▆▆